IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JEFF JOHNSON,<br><br>               Plaintiff,<br><br>v.<br><br>MISSION SUPPORT, et al.,<br><br>               Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION TO EXTEND DISCOVERY (Docket No. 101)<br><br>Case No. 2:08-CV-00877-DN-EJF<br><br>District Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |

Jeff Johnson moved this Court to extend discovery.[1] (Docket No. 101.) The Court has carefully read the Motion and Memoranda submitted for and against Johnson's Motion to Extend Discovery and heard oral argument on December 4, 2012. This Court now denies the Motion.

The deadlines requested in that Motion have passed, and Mr. Johnson has filed another Motion to Extend Discovery (Docket No. 161). The Court DENIES this Motion as moot.

SO ORDERED this 28th day of January, 2013.

BY THE COURT:

_____
Evelyn J. Furse
United States Magistrate Judge

---

[1] On October 5, 2010, District Judge Dee Benson referred this case to Magistrate Judge David Nuffer under 28 U.S.C. section 636(b)(1)(A). (Docket No. 28.) On March 31, 2012, the case was reassigned from Judge Benson to newly appointed District Judge David Nuffer. (Docket No. 126.) On May 21, 2012, Judge Nuffer reassigned the referral to Magistrate Judge Evelyn J. Furse. (Docket No. 143.)

1